# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

April 30, 2025

**BY ECF**

Hon. Jennifer E. Willis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Juarez v. Krua Thai NYC Corp., et al.*
               *Case No. 24-CV-2736 (RA) (JEW)*

Dear Judge Willis,

    We are counsel to the plaintiff in the above-referenced matter. A pre-settlement teleconference is scheduled for May 5, 2025, at 11:30 a.m. The undersigned has an in-person conference before Judge Vyskocil at the same time. Accordingly, we respectfully request, with defendants' consent, that the teleconference be adjourned until 3 p.m. or, if necessary, an alternate date during the week of May 5.

    No prior request for similar has been made.

    We thank the Court for considering this application.

                                            Respectfully submitted,

> The request is **GRANTED.** The pre-settlement conference is to be held on **May 5, 2025 at 3:30 PM**. SO ORDERED.
>
> */s/ Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> May 5, 2025

                                            */s/ Justin Cilenti*
                                            Justin Cilenti

cc: Defense Counsel (by ECF)