UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISMAEL JUAREZ, *on behalf of himself and Others similarly situated,*

                              Plaintiff,                  **ORDER**

                                                    **24-CV-2736 (RA) (JW)**

                        -against-

KRUA THAI NYC CORP., *doing business as Chomp Chomp Thai Kitchen;* NUNTAPORN THONG,

                                Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The discovery deadline in this case passed on October 20, 2025. See Dkt. No. 29. Discovery is now closed. If there will be a motion for summary judgement, the Parties are instructed to file a joint letter by **December 5, 2025** with a proposed briefing schedule. If there will not be a motion for summary judgement, the Parties are instructed to file a letter addressed to Judge Abrams regarding trial by **December 5, 2025**.

      SO ORDERED.

DATED:    New York, New York
                November 25, 2025

                                                           JENNIFER E. WILLIS
                                                           United States Magistrate Judge