UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ISMAEL JUAREZ, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>KRUA THAI NYC CORP. d/b/a CHOMP CHOMP THAI KITCHEN, and NUNTAPORN THONGWAN,<br><br>                Defendants. | No. 24-CV-2736<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

At the parties' request, the Court previously set a January 30, 2026 deadline for them to file the Joint Pretrial Order.  In accordance with Individual Civil Rule 6(B), the parties shall submit the following additional materials on January 30, 2026: a pretrial memorandum of law (to the extent the parties believe it will be useful to the Court); joint proposed *voir dire* questions, verdict form, and jury instructions; and all documentary exhibits (to be submitted to the Court by email and hard copy, and served on opposing counsel, but not filed on ECF).  Furthermore, the parties shall comply with the following briefing schedule for motions addressing any evidentiary issues or other matters which should be resolved *in limine*:

- Motions shall be filed on ECF by February 27, 2026.
- Any responses to any such motions shall be filed on ECF by March 10, 2026.

The February 12, 2026 conference is hereby cancelled.  The parties shall appear for a final pretrial conference on April 9, 2026 at 2:00 p.m. in Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

Finally, the parties are advised that they are required to discuss settlement for at least a one-hour period no later than April 2, 2026.  To the extent the parties wish to have Magistrate

Judge Willis or a mediator assist with such settlement discussions, they shall so notify the Court

by January 19, 2026.

SO ORDERED.

Dated:        January 6, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge

2