# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 27, 2026

**BY ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *Juarez v. Krua Thai NYC Corp., et al.*
> *Case No. 24-CV-2736 (RA) (JEW)*_____**

Dear Judge Abrams,

We are counsel to the plaintiff in the above-referenced Fair Labor Standards Act matter. Pursuant to the Court's Order, the parties are to submit their agreement for review and approval by March 2, 2026. As the parties remain in the process of finalizing the settlement papers, the parties request an extension of time until March 16, 2026, to submit the necessary material.

No prior request for similar relief has been made, and no other dates will be affected.

We thank the Court for considering this application.

Respectfully submitted,

Application granted.

SO ORDERED.

/s/ Justin Cilenti_____
Justin Cilenti

Hon. Ronnie Abrams
March 2, 2026

cc: Eric Li, Esq. (by ECF)